# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  SA:14-CR-00916(5)-FB |
| | § | |
| (5) Pedro Sanchez | § | |

### ORDER RESETTING SENTENCING

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for *May 20, 2025*.  Upon consideration, the Court is of the opinion that the Motion be granted.

It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing *(doc. no.  1316* ) is **GRANTED.**

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **Tuesday, November 4, 2025 at  9:00 a.m.**   in Courtroom G on the Third Floor of the United States District Courthouse, 262 West Nueva Street, San Antonio, TX.

Signed this 6th day of May, 2025.


**FRED BIERY**
**UNITED STATES DISTRICT JUDGE**