UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § § | |
| vs. | § | NO: SA:14-CR-00916(5)-FB |
| (5) Pedro Sanchez | § § § | |

<u>ORDER RESETTING SENTENCING</u>

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for *November 4, 2025* .  Upon consideration, the Court is of the opinion that the Motion be granted.

It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing *(doc. no.  1320* ) is **GRANTED.**

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **Tuesday, January 20, 2026 at  9:00 a.m.**   in Courtroom G on the Third Floor of the United States District Courthouse, 262 West Nueva Street, San Antonio, TX.

Signed this 14th day of October, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE